Cynthia Louise **DICKEY**,
Plaintiff—Appellant,

v.

**UNITED STATES of America,**
Defendant & Third Party
Plaintiff—Appellee,

v.

**Shauna Macke, Third Party**
Defendant—Appellee.

No. 04–2410.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 22, 2005.
Decided: May 17, 2005.

Jeffrey F. Brooke, Huff, Poole & Mahoney, P.C., Virginia Beach, Virginia, for Appellant.

Paul J. McNulty, United States Attorney, Kent P. Porter, Assistant United States Attorney, Norfolk, Virginia; George Janis Dancigers, Ann J. Premer, McKenry, Dancigers, Warner, Dawson & Lake, P.C., Virginia Beach, Virginia, for Appellees.

Before WILKINSON and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**424**

PER CURIAM:

Cynthia Louise Dickey appeals the district court's order granting summary judgment in favor of the United States in her action filed under the Federal Tort Claims Act. We have reviewed the parties' briefs and the joint appendix and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Dickey v. United States,* No. CA–03–761–2 (E.D.Va. Sept. 24, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*